UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAURIEANN MARONA,<br><br>                Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>                Defendant. | CASE NO. 3:18-cv-05509-RBL-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, does hereby find and ORDER,

    (1)    the Court adopts the Report and Recommendation, and this matter is

            **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g);

    (2)    the Clerk is directed to enter **JUDGMENT** for defendant, and the case should be

            closed; and

///

(3) the Clerk is directed to send copies of this Order to counsel of record.

Dated this 5th day of April, 2019.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2